# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JOSEPH BING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1028

————————————————

December 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Whyte, Judge.

Joseph Bing, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.